# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| Jessica Collins, individually and on behalf of all others similarly situated, | 5:22-cv-00295-TKW-MJF |
| Plaintiff, | Hon. T. Kent Wetherell, II |
| - against - | |
| Waffle House, Inc., | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 17, 2023

Respectfully submitted,

/s/ Spencer Sheehan

Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com