UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JESSICA COLLINS**, individually and
on behalf of all others similarly
situated,

    **Plaintiff**,

v.                                               Case No. 5:22cv295-TKW-MJF

**WAFFLE HOUSE, INC.**,

    **Defendant**.
_____/

## ORDER OF DISMISSAL

Based on Plaintiff's notice of voluntary dismissal (Doc. 5), it is **ORDERED** that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Clerk shall close the case file.

**DONE and ORDERED** this 20th day of March, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**